IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **In Re:** ) | |
| ) | |
| **Historic Beeches, LLC** ) | **Case No.: 3:24-bk-02738** |
| ) | **Chapter 11** |
| **Debtor.** ) | **Judge Walker** |
| ) | |

## NOTICE OF DEFAULT UNDER AGREED ORDER

Apex Bank (hereinafter "Apex"), by and through its attorney of record and for this Notice of Default, respectfully states to the Court as follows:

1. On July 23, 2024, Historic Beeches LLC (the "Debtor") filed its voluntary petition under chapter 11 of the United States Bankruptcy Code. [ECF 1]

2. One of the Debtor's assets is certain real property located at Highway 49E, Springfield, Robertson County, Tennessee (the "Property").

3. On September 20, 2024, Apex filed its Motion for Relief from Automatic Stay (the "Stay Relief Motion") as it pertains to the Property. [ECF 20].

4. On November 7, 2024, Apex and the Debtor filed an Agreed Order Resolving Apex Bank's Motion for Relief From Automatic Stay and Agreement on Terms Related to Debtor's Subordinate Post-Petition Financing (the "Agreed Order"). [ECF 44].

5. In the Agreed Order, Apex agreed to withdraw its Stay Relief Motion. *See* Agreed Order, at ¶ 1.

6. However, the Agreed Order also requires that the Debtor "have financing in place to pay the Apex Bank debt by February 28, 2025. If the Apex Bank debt is not repaid by February

28, 2025 at 5 p.m. (central standard time), Apex Bank, upon the filing of a notice of default, shall have immediate relief from the automatic stay." *See* Agreed Order, at ¶ 8.

7. Additionally, the Agreed Order stated that upon Apex's filing of such notice of default, the automatic stay is "deemed immediately terminated upon the filing of such a notice of default by Apex Bank without the need of further order by this Court." *See* Agreed Order, at ¶ 9.

8. As of 5:00 p.m. CST on February 28, 2025, the Debtor had not provided repayment to Apex Bank.

9. Apex now files this notice of default and provides notice to all interested parties that pursuant to the Agreed Order, the automatic stay is terminated immediately as it pertains to the Property.

Dated: March 3, 2025

                    Respectfully submitted,

                    SPENCER FANE LLP

                    */s/ Peter L. Riggs*
                    Peter L. Riggs, MO Bar # 57268
                    Admitted *Pro Hac Vice*
                    1000 Walnut Street, Suite 1400
                    Kansas City, MO 64106
                    Phone: (816) 474-8100
                    Email: priggs@spencerfane.com

                    *And*

                    */s/ Sam J. McAllester, III*
                    Sam J. McAllester III, #003461
                    511 Union Street, Suite 1000
                    Nashville, Tennessee 37219
                    (615) 238-6320 Phone
                    Email: smcallester@spencerfane.com

                    *Attorney for Apex Bank*

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing document, on March 3, 2025 via ECF, on:

Rebecca J. Yielding
USTP
701 Broadway, Suite 318
Nashville, TN 37203
Email: Rebecca.j.yielding@usdoj.gov

Justin T. Campbell
Phillip Young
THOMPSON BURTON PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Email: justin@thompsonburton.com
phillip@thompsonburton.com

*/s/ Peter Riggs*