IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| HISTORIC BEECHES, LLC | ) | Bk. No. 24-02738 |
| | ) | Chapter 11 |
| | ) | Judge Walker |
| Debtor. | ) | |

## U.S. TRUSTEE'S MOTION TO DISMISS

The Acting U.S. Trustee for Region 8 moves the Court for an order pursuant to 11 U.S.C. § 1112(b)(1) to dismiss this Chapter 11 case. This *Motion to Dismiss* ("Motion") is excluded from Local Rule 9013 and, pursuant to 11 U.S.C. § 1112(b)(3), the U.S. Trustee requests a hearing date not later than 30 days after the filing date of this motion. In support of this Motion, the U.S. Trustee asserts as follows:

### JURISDICTION AND VENUE

1. This Court has jurisdiction to hear and determine this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. Pursuant to 28 U.S.C. § 586(a)(3)(G), the U.S. Trustee is charged with monitoring the progress of cases under the Bankruptcy Code and taking such actions as the U.S. Trustee deems appropriate to prevent undue delay in such progress. The U.S. Trustee has standing to be heard on this Motion pursuant to 11 U.S.C. § 307.

### BACKGROUND

3. On July 23, 2024, Historic Beeches, LLC ("Debtor") filed a bankruptcy petition seeking relief under Chapter 11 of the Bankruptcy Code.

4. Debtor is operating as debtor-in-possession, pursuant to 11 U.S.C. § 1107(a) and 1108.

5. Debtor and its largest secured creditor, Apex Bank, entered into an *Agreed Order Resolving Apex Bank's Motion for Relief from Stay and Agreement on Terms Related to Debtor's Subordinate Post-Petition Financing* (the "Agreed Order") [Docket No 44] in which Debtor agreed to immediate relief from the automatic stay if the Apex Bank debt was not paid in full as of February 28, 2025. Pursuant to the Agreed Order, Apex Bank filed a Notice of Default on March 3, 2025 stating that the Apex Bank debt was not paid in full. [Docket No. 57].

6. Pursuant to 11 U.S.C. § 1107 and 28 C.F.R. § 58.8, Chapter 11 debtors must file monthly operating reports ("MORs") for each month they are in an active, unconfirmed bankruptcy case. MORs are due the 20th day of the following month; therefore, Debtor should have filed its January 2025 MOR by February 20, 2025. However, Debtor failed to file its January 2025 MOR.

## DISMISSAL

7. Section 1112(b)(1) of the Bankruptcy Code mandates that the bankruptcy court convert or dismiss a chapter 11 case, whichever is in the best interests of creditors and the estate, if the movant establishes cause. *In re V Companies,* 274 B.R. 721, 740 (Bankr. N.D. Ohio 2002). Section 1112(b)(4) of the Bankruptcy Code fails to define the term "cause," but provides a non-exclusive list of circumstances that constitute "cause" for conversion or dismissal. *In re Fall*, 405 B.R. 863, 867 (Bankr. N.D. Ohio 2009). Cause includes the absence of a reasonable likelihood of reorganization and failure to timely file monthly operating reports. 11 U.S.C. § 1112(b)(4)(A) and (F).

8. Cause exists in this case because the automatic stay is terminated with respect to Debtor's most significant asset, its real property. Without this asset to generate income for Debtor, it will be unable to propose a confirmable plan of reorganization.

9. Cause further exists in this case because Debtor has failed to timely file its January 2025 MOR. 11 U.S.C. § 1112(b)(4)(F).

10. Debtor is not complying with the requirements of the Bankruptcy Code.

11. There does not appear to be equity in Debtor's assets; therefore, dismissal seems to be in the best interest of creditors.

WHEREFORE, the U.S. Trustee respectfully requests that the Court enter an Order dismissing Debtor's case. The U.S. Trustee also requests such other relief as may be appropriate.

Respectfully submitted,

Paul Randolph,
Acting U.S. Trustee, Region 8

*/s/ Rebecca J. Yielding*
Rebecca J. Yielding, Trial Attorney
OFFICE OF THE UNITED STATES TRUSTEE
701 Broadway, Customs House Suite 318
Nashville, TN 37203
Phone: (615) 736-2254 / (202) 573-6953
Rebecca.J.Yielding@usdoj.gov

## CERTIFICATE OF SERVICE

       I hereby certify that I forwarded a true and correct copy of the foregoing Motion to Convert, by prepaid first class mail, and/or electronic notification for registered ECF users, to the parties listed below on March 14, 2025:

Historic Beeches, LLC
6142 Highway 49E
Springfield, TN 37172

                                          */s/ Rebecca J. Yielding*
                                          Rebecca J. Yielding