SO ORDERED.
SIGNED 17th day of March, 2025

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Charles M. Walker
U.S. Bankruptcy Judge



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3:24-bk-02738 |
| Historic Beeches, LLC, ) | Chapter 11 |
| ) | Judge Walker |
| Debtor. ) | |

## AGREED ORDER AWARDING INTERIM COMPENSATION TO THOMPSON BURTON, PLLC COUNSEL TO THE DEBTOR

This matter is before the Court upon the application of Thompson Burton PLLC, counsel to the Debtor, for allowance of compensation/fees and reimbursement of expenses. Notice of the application was properly served; and Apex Bank ("Apex") having filed a timely objection the application; and no other objections to the requested compensation/fees and reimbursement of expenses having been filed; and Thompson Burton, PLLC and Apex having agreed, as evidenced by the signatures of counsel below, on a resolution to Apex's objection;

It is, therefore, **ORDERED** that Thompson Burton PLLC, counsel to the Debtor, shall be and is hereby awarded compensation/fees of $41,921.25.

It is further **ORDERED** that this award shall be allowed as a Chapter 11 administrative expense.

It is further **ORDERED** that no compensation or fees shall be paid by the Debtor to Thompson Burton, PLLC from funds constituting Apex's cash collateral.

It is further **ORDERED** that prior to the payment of any administrative expenses, the Debtor shall provide to Apex documentary detail surrounding the source of such payment, to include copies of applicable bank statements and any other document necessary for Apex to determine the source of funds intended to pay such administrative claim. If, in the judgment of Apex, the source of funds constitutes its cash collateral, it may within seven (7) days of being provided the Debtor's information and records file a notice with this Court indicating that it objects to the payment of such administrative claim from such funds. No payment of administrative claims shall occur prior to such objection being resolved, either by agreement, or by this Court.

> **This Order was signed and entered electronically as indicated at the top of this page.**

**AGREED TO AND**
**APPROVED FOR ENTRY:**

*/s/ Justin T. Campbell*
Phillip G. Young, Jr.
Justin T. Campbell
Thompson Burton PLLC
One Franklin Park
6100 Tower Circle, Suite 200
Franklin, TN 37067
(615) 465-6000 (phone)
phillip@thompsonburton.com

Counsel to Debtor


*/s/ Peter L. Riggs*
Sam J. McAllester III
Peter L. Riggs
Spencer Fane LLP
511 Union Street, Suite 1000
Nashville, TN 37219
(615) 238-6300
priggs@spencerfane.com

Counsel to Apex Bank