SO ORDERED.
SIGNED 2nd day of April, 2025



Charles M. Walker
U.S. Bankruptcy Judge

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| HISTORIC BEECHES, LLC | ) | Bk. No. 24-02738 |
| | ) | Chapter 11 |
| | ) | Judge Walker |
| Debtor. | ) | |

## AGREED ORDER DISMISSING BANKRUPTCY CASE

This matter is before the Court on the U.S. Trustee's Motion to Dismiss [Docket No. 60]. Debtor has no opposition to dismissal, and the parties agree that dismissal is in the best interest of the estate. Therefore,

IT IS ORDERED that this bankruptcy case is dismissed.

**This order was signed and entered electronically as indicated at the top of the page.**

Agreed and approved,

Paul Randolph,
Acting U.S. Trustee, Region 8

***/s/ Rebecca J. Yielding***
Rebecca J. Yielding
OFFICE OF THE UNITED STATES TRUSTEE
701 Broadway, Customs House Suite 318
Nashville, TN 37203
Phone: (615) 736-2254 / (202) 573-6953
Rebecca.J.Yielding@usdoj.gov

***/s/ Justin Campbell***
Justin Campbell
THOMPSON BURTON, PLLC
1801 West End Avenue, Suite 1550
Nashville, TN 37203
Phone: (615) 465-6015
justin@thompsonburton.com